# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*FILED JUL - 6 2023 CLERK, U.S. DISTRICT COURT*

**Candice Anderson**
Plaintiff

v.

**Tyson Foods**
Defendant

Civil Action No. **2-23CV-115-Z**

## COMPLAINT

I started working for Tyson 4/20 after only 2 weeks I was harassed and bullied by team members on the same position. I reported but was only called troublemaker. I moved to nights, still same position, where after 5 months I was approached by a supervisor telling me to move positions or take my job ownership from me. Reported it to HR after realizing the team member right across from me was a completly different job title than where he was working so questioned why am I always having to fight for this job? Spoke to HR (Isach) where I was only belittled and laughed at for asking why do I keep getting harassed over this job. Spoke to corprete and moved to ergonomics where I was retaliated against for bringing up always being bullied and harassed. Once in ergonomics I am discriminated against and always left out of work fuctions, meetings, lunch in's. After getting to ergonomics and not being able to get trained I brys it to my supervisors attention to only be talked down to and belittled. Bringing it to HR's attention that I can't get trained but again treated like a trouble maker. My supervisor mrs. Evan Leir has always treated me like a trouble maker and with this I have missed out on oppurtunities to move up in the company. I believe I was discrimated, harassed a bullied because Im gay.

*Attach additional pages as needed.*

Date: 7/5/2023
Signature: *Candice An——*
Print Name: Candice Anderson
Address: 1411 Hillcrest
City, State, Zip: Amarillo T.X. 79106
Telephone: 806-640-1102

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of

Division

|  |  |
|---|---|
| Candice Anderson<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Tyson Foods<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☐ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Candice Anderson
   Street Address: 1411 Hillcrest
   City and County: Amarillo TX. 79106 (Potter)
   State and Zip Code: Texas 79106
   Telephone Number: 806-640-1102
   E-mail Address: Candiceranderson1210@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
    Name: Tyson Foods
    Job or Title (if known):
    Street Address: 2200 W. Don Tyson Pkwy
    City and County: Springdale AR. Washington
    State and Zip Code: AR 72762
    Telephone Number: 479-290-7397
    E-mail Address (if known):

Defendant No. 2
    Name: Evan Lair
    Job or Title (if known): Manager (Ergonomics)
    Street Address: 5000 F.M 1912
    City and County: Amarillo. Potter
    State and Zip Code: TX. 79108
    Telephone Number: 806-335-1531
    E-mail Address (if known):

Defendant No. 3
    Name: Tyler. B
    Job or Title (if known): Plant Engineer
    Street Address: 5000 F.M. 1912
    City and County: Amarillo Potter
    State and Zip Code: Texas 79108
    Telephone Number: 806-335-1531
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

|  |  |
|---|---|
| Name | Tyson Foods |
| Street Address | 5000 F.M. 1912 |
| City and County | Amarillo (Potter) |
| State and Zip Code | Texas 79108 |
| Telephone Number | 806-335-1531 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts (specify): _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between 4/21 - 3/23

C. I believe that defendant(s) (check one):
- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- ☐ race
- ☐ color
- ☑ gender/sex     Gay Lesbian
- ☐ religion
- ☐ national origin
- ☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)
- ☐ disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.

on 4/21 I was apraded by Khin, my supervisor, told to go to trim strip or she would take away my job ownership. I complained to HR where I was laughed at so moved dept to ergonomics where I could not get anyone to train me on the job. I delt w/ this 3 months until I finally got trained when Mrs. Lair went on vacation by my plant engineer because no one would teach the job to me. After this I was completly left out of meetings, opportunities, fairs, contest.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 4/17/23.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I want 120,000 for 3 years of harrassment, bullying and discrmanation. I had to start taking mental health meds due to the constent bulling. I do brought this to the attention of HR, Issac and Trent where I was laughed at and never taken serious for all the thigns I tried to bring to their attention but never did anything. I complined on several occasions

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/5/23

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff Candice Anderson

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

_Candice Anderson_
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_Tyson Foods_
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Candice Anderson
   Street Address: 1411 Hillcrest
   City and County: Amarillo TX 79106 (Potter)
   State and Zip Code: TX. 79106
   Telephone Number: 906-640-1102
   E-mail Address: Candicevanderson1210@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Tyson Foods
- Job or Title (if known):
- Street Address: 2200 W. Don Tyson Pkwy
- City and County: Springdale Washington
- State and Zip Code: AR. 72762
- Telephone Number: 479-290-7397
- E-mail Address (if known):

Defendant No. 2
- Name: Tyson Foods
- Job or Title (if known):
- Street Address: 5000 F.M. 1912
- City and County: Amarillo Potter
- State and Zip Code: TX. 79108
- Telephone Number: 806-335-1551
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __Candice Anderson__, is a citizen of the State of *(name)* __Texas__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* **Tyson Foods**, is incorporated under the laws of the State of *(name)* **Arkansas**, and has its principal place of business in the State of *(name)* **Texas**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**I'm asking for 120,000.00**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I worked at Tyson Food for 3 years where I was harrassed, bullied and discimanated against on several occasion starting 4/2020 and ending 3/2023. The plaintiff was told about several incidents by myself to HR about the way I was being treated. When reporting the incident I was only talked down to and laughed at by HR manager.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

During the 3 years working for Tyson I had to start mental health meds that I only took as a teen. I worked there for 3 years with constant bullying and harrasment but never taken seriously. I want 3 years of pay for the harresment and bulling and I want money for metal anguish because I wasn't taken serius by managment for the harrasdt. I spoke up but called a trouble maker.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/5/2023

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Candice Anderson

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____