IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CANDICE ANDERSON,<br><br>  Plaintiff,<br><br>v.<br><br>TYSON FOODS, *et al.*,<br><br>  Defendants. | 2:23-CV-115-Z |

## JUDGMENT

Pursuant to this Court's prior order, this case should be and hereby is **DISMISSED**. *See* ECF No. 12. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

January 16, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE